# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 0 4 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   **17-2014SAG**
)
Samsung Telephone: SM-J700P, FCC ID: A3LSMJ700P, )
HEX: 35562807578328, DEC: 089483879105735209, )
telephone number 443-945-3588 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Samsung Telephone: SM-J700P, FCC ID: A3LSMJ700P, HEX: 35562807578328, DEC: 089483879105735209 with telephone number 443-945-3588

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A Parts I and II

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1958, 373, 2 | Use of an Interstate Facility for Murder for Hire; Solicitation to Commit a Crime of Violence and Conspiracy; Aiding and Abetting |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Brett Racine
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 20, 2017

_____
*Judge's signature*

City and state: Baltimore, MD     Hon. Stephanie Gallagher, U.S. Magistrate Judge
*Printed name and title*